IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Timothy Leon Woodby, | ) | C/A No.: 1:14-952-RMG-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Carolyn W. Colvin, Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on a review of the docket in this case, which reveals that Plaintiff has failed to timely file his brief. Defendant filed an answer and the administrative record of the underlying proceedings on July 17, 2014. [Entries #16, #17]. Pursuant to Local Civil Rule 83VII.04 (D.S.C.), Plaintiff's brief was due on August 21, 2014. Plaintiff has not yet filed a brief in this matter. As such, it appears to the court that Plaintiff wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a brief by August 29, 2014. Plaintiff is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

*Shiva V. Hodges*

August 22, 2014
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge