IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED
U.S.D.C. CLERK CHARLESTON, SC

2015 MAY 19  A 9: 29

| | |
|---|---|
| Timothy Leon Woodby, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:14-952-RMG |
| vs. ) | |
| ) | |
| Carolyn W. Colvin, Commissioner ) | |
| of Social Security Administration, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. No. 31). Plaintiff requested a fee award of $4,474.50, based upon 23.55 hours of attorney time at $190.00 per hour, expenses of $16.00 and costs of $7.00. (Dkt. No. 31-1 at 5-7). Thereafter, the parties filed a joint stipulation for an award of $4,250.00 in attorney's fees, $16.00 in expenses and $7.00 in costs (from the Judgment Fund). (Dkt. No. 31).

The Court has reviewed the joint stipulation of the parties, as well as the supporting underlying documentation, and finds that the total fee request, hours expended, and hourly rates are reasonable and authorized under applicable law. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Therefore, the Court hereby grants an award to Plaintiff in the amount of $4,250.00 for attorney's fees, $16.00 in expenses and $7.00 in costs (from the Judgment Fund).. This award is subject to the Treasury Offset Program, 31 U.S.C. § 3716(c)(1)(B). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to her counsel, Defendant is

directed to make the payment due herein to Plaintiff's counsel. If Plaintiff has no present debt subject to offset and no proper assignment has been made by Plaintiff to her counsel, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and to deliver the check to Plaintiff's counsel.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

May /7, 2015
Charleston, South Carolina